IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ISIDRO GAONA SANCHEZ,** | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 3:12-cv-842-O |
| **UNITED STATES OF AMERICA,** | § § | |
| Respondent. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 7). No objections were filed.[1] The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Petitioner's motion to correct, vacate or set-aside sentence pursuant to 28 U.S.C. § 2255 should be and is hereby **DENIED**.

**SO ORDERED** on this **9th day** of **July, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that a copy of the magistrate judge's FCR was mailed to Petitioner, but returned as undeliverable (ECF No. 8). According to the Federal Bureau of Prisons' inmate locator, Petitioner was released on April 9, 2012, which also makes this motion to vacate moot. Further, Petitioner has failed to update his address with the Court to ensure he receives any copies of documents relating to his motion to vacate.